11/5/19 5:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Matters Involving Lawrence W. Willis         :   Miscellaneous No. 19-204JAD
Regarding Chapter 13 Trustee's Motions:          Chapter 13
For Disgorgement of Fees, Motions to         :   Doc. No. 36
Compel and Related Filings                   :
                                             :
                                             :

**CONSENT ORDER DIRECTING TRUSTEE TO REFUND AND/OR APPLY FUNDS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The parties filed a Joint Certification as to compliance with the Order at Doc. 26.

2. Included in the Order is a directive to refund or apply funds on hand in the affected Miscellaneous Proceeding cases.

3. The Trustee desires an Order clarifying the specific disposition of funds in each case.

4. Lawrence Willis desires refunds and applications of funds in each case, including the refund to Mr. Willis in 2 of the affected cases.

5. By agreement of the parties, the Trustee shall refund to debtors the sum of $171.00 in each of the following previously dismissed cases in the November 2019 distribution cycle, or the next cycle practicable, and thereafter file an amended Report of Receipts and Disbursements:

a. Patricia Laniewicz -- 18-10727
b. Barry and Ashley Sipes -- 17-70667
c. Ashley Detwiler -- 17-70896
d. Andrew Fredericks -- 18-20401
e. Jonathan and Kelly Moore -- 18-23085
f. Greg Guzzie, Jr -- 18-23853
g. Kevin McCracken/Faith Baker -- 18-20059
h. Keith and Gina Stafford -- 18-23767
i. Valorie Tunstall -- 14-23624

j. Rebecca Graham -- 14-24463

k. Lisa Boyd -- 14-22267

l. Constance Saxman 18-23488

6. By agreement of the parties, the Trustee shall apply the remaining $171.00 in each of the following affected cases as plan funding, with no increase in the plan base:

a. Michael Cephas -- 19-20444

b. Michael and Barbara Smith -- 19-20239

c. John Pecze, Jr -- 19-70019

d. Rocky and Norma Goldizen -- 19-70036

e. Thomas, II and Pamela McGinnis -- 17-22846

f. James and Sharon Doman -- 18-22823

g. Kevin and Kerrie Hardt -- 19-20240

h. Kimberly Bibey -- 19-20327

i. Julia Bray -- 18-22824

j. Jeremy and Melissa Isacco -- 19-20192

k. Neal McDowell -- 19-20322

l. Lewis C. Ouzts, Jr. -- 19-20436

7. By agreement of the parties, the Trustee shall refund the sum of $500.00 in each of the following cases in which the Trustee withdrew her Motion to Disgorge:

a. Dawn L. Greygor – 19-20323

b. Birch and Sherrie Foley – 19-20098

BY THE COURT:

Dated: November 5, 2019

JEFFERY A. DELLER     mas
UNITED STATES BANKRUPCY JUDGE

Consented to

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh PA 15235
412-235-1721
ecf@westernpabankruptcy.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael A. Smith  
Barbara M. Smith  
      Debtors

Case No. 19-20239-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: llea     Page 1 of 1     Date Rcvd: Nov 08, 2019  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.  
db/jdb      +Michael A. Smith,   Barbara M. Smith,   PO Box 403,   Midland, PA 15059-0403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         bkgroup@kmllawgroup.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Lawrence W. Willis    on behalf of Joint Debtor Barbara M. Smith ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
        Lawrence W. Willis    on behalf of Debtor Michael A. Smith ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
        Mario J. Hanyon    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                 TOTAL: 8