**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/09/2023

IN RE:

| | |
|---|---|
| MICHAEL A. SMITH<br>BARBARA M. SMITH<br>PO BOX 403<br>MIDLAND,  PA  15059<br>XXX-XX-1368          Debtor(s)<br><br>XXX-XX-1184 | Case No.19-20239 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/9/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3176 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 219.69<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5747 |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ 08012-8990 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OCWEN LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: SURR@DITECH/PL*BGN 1/19*CL=$54821.78*$15026.49 ARRS/CL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 0085 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O STATEBRIDGE COMPANY LLC<br>6061 SOUTH WILLOW DR STE 300<br>GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: SURR/PL*TTL DEBT CL*BGN 1/19*NO PMT STD/CL*CL=14232.39*FR OCWEN*DOC 6 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3665 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 7   INT %: 6.00%<br>Court Claim Number: 16<br>CLAIM: 5,950.00<br>COMMENT: 9000@6%MDF/PL*W/34 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7132 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 10-2<br>CLAIM: 17,193.90<br>COMMENT: CL10GOVS@26305.72*7521.68/PL*11-15/SCH*12-18/CL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1368 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,335.80<br>COMMENT: BEST BUY*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7531 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 412.24<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8820 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 667.89 <br> COMMENT: X0581/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1344 |
| **CBNA** <br> PO BOX 6497 <br> SIOUX FALLS, SD 57117 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **COMENITY BANK** <br> PO BOX 182272 <br> COLUMBUS, OH 43218 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~BOSCOVS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0819 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 348.58 <br> COMMENT: COMENITY*GNT EAGLE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9180 |
| **DITECH FINANCIAL LLC(*)++** <br> ATTENTION: BK CASH MANAGEMENT <br> 301 W BAY STREET <br> FLOOR 22, J253 <br> JACKSONVILLE, FL 32202 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **CAPITAL ONE NA**** <br> C/O BECKET & LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 591.92 <br> COMMENT: NO$~NTC ONLY/SCH*KOHLS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5045 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 11,050.67 <br> COMMENT: NO$/SCH*OPL-LC TRUST/WEBBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1051 |
| **OAK HARBOR CAPITAL OPPORTUNITIES FUND** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 24 <br> CLAIM: 3,067.52 <br> COMMENT: X0150/SCH*CERASTES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5847 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA 98083-0657 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 25 <br> CLAIM: 1,375.77 <br> COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4451 |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC** <br> C/O RESURGENT CAPITAL SERVICES <br> PO BOX 10368 <br> GREENVILLE, SC 29603 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 1,337.84 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9593 |

| Creditor | Trustee/Court Claim | Credit Description |
|---|---|---|
| **OCWEN LOAN SERVICING LLC(*)**<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL 33409-6493 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 535.36<br>COMMENT: NO$/SCH*SYNCHRONY/PAYPAL*NO PAYMENT EVER*CHRGD OFF 8/12/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3176 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 2,167.88<br>COMMENT: CITIBANK*SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1050 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,671.40<br>COMMENT: X9026/SCH*SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3656 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,118.73<br>COMMENT: X4332/SCH*SYNCRONY*JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3433 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 388.75<br>COMMENT: SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2649 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,008.92<br>COMMENT: SYNCHRONY*WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0182 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME 04112 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9197 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 453.53<br>COMMENT: R US*GEMB*GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3094 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:9-2<br>CLAIM: 55,155.98<br>COMMENT: NT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1368 |

Case 19-20239-JAD    Doc 69    Filed 11/09/23    Entered 11/09/23 09:24:27    Desc

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number:31 INT %: 0.00% <br> Court Claim Number:4 <br> CLAIM: 216.54 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0504 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:32 INT %: 0.00% <br> Court Claim Number:2 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*MHC*CHG OFF 08*NO PMT EVER*STALE CL 1313.63 W/D*DOC 68 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8864 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:33 INT %: 0.00% <br> Court Claim Number:10-2 <br> CLAIM: 6,735.41 <br> COMMENT: CL10GOVS*NO GEN UNS/SCH*2011*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1368 |
| **SANTANDER CONSUMER USA** <br> PO BOX 560284 <br> DALLAS, TX 75356 | Trustee Claim Number:34 INT %: 0.00% <br> Court Claim Number:16 <br> CLAIM: 3,639.29 <br> COMMENT: NO GEN UNS/SCH*WNTS 16.99%*W/7 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7713 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number:35 INT %: 0.00% <br> Court Claim Number:23 <br> CLAIM: 1,992.74 <br> COMMENT: NT/SCH*BARCLAYS*CHRGD OFF 7/28/16*NO PAYMENT EVER | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8437 |
| **NAVIENT CFC** <br> C/O NAVIENT SOLUTIONS INC <br> PO BOX 9000 <br> WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:36 INT %: 0.00% <br> Court Claim Number:26 <br> CLAIM: 147,495.50 <br> COMMENT: NT/SCH*GU BAR OK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1368 |
| **CLERK, U S BANKRUPTCY COURT** <br> ATTN: FILING FEE CLERK <br> 600 GRANT ST 5414 US STEEL TWR <br> PITTSBURGH, PA 15219 | Trustee Claim Number:37 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 310.00 <br> COMMENT: FILING FEES DUE/MISC OE 19-204 | CRED DESC: FILING FEES <br> ACCOUNT NO.: 19-20239-JAD |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number:38 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NEW REZ~SHELLPOINT/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |