**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHAEL A. SMITH <br> BARBARA M. SMITH <br>     Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:19-20239 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 29, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/18/2019 and confirmed on 3/21/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,876.00 |
| Less Refunds to Debtor | 394.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,481.01 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,850.00 | |
|    Trustee Fee | 1,418.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,268.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SANTANDER CONSUMER USA | 5,950.00 | 5,950.00 | 608.16 | 6,558.16 |
|     Acct: 7132 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0085 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3665 | | | | |
| | | | | 6,558.16 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL A. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL A. SMITH | 394.99 | 394.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 3,850.00 | 3,850.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 17,193.90 | 17,193.90 | 0.00 | 17,193.90 |
|     Acct: 1368 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-JAD | | | | |
| | | | | 17,503.90 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 219.69 | 0.14 | 0.00 | 0.14 |
|     Acct: 5747 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,335.80 | 0.83 | 0.00 | 0.83 |
|     Acct: 7531 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 412.24 | 0.26 | 0.00 | 0.26 |
|     Acct: 8820 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 667.89 | 0.41 | 0.00 | 0.41 |
|     Acct: 1344 | | | | |
|   CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0819 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 348.58 | 0.22 | 0.00 | 0.22 |
| Acct: 9180 | | | | |
| DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 591.92 | 0.37 | 0.00 | 0.37 |
| Acct: 5045 | | | | |
| LVNV FUNDING LLC | 11,050.67 | 6.85 | 0.00 | 6.85 |
| Acct: 1051 | | | | |
| OAK HARBOR CAPITAL OPPORTUNITIES | 3,067.52 | 1.90 | 0.00 | 1.90 |
| Acct: 5847 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,375.77 | 0.85 | 0.00 | 0.85 |
| Acct: 4451 | | | | |
| CW NEXUS CREDIT CARD HOLDINGS I LL | 1,337.84 | 0.83 | 0.00 | 0.83 |
| Acct: 9593 | | | | |
| OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 535.36 | 0.33 | 0.00 | 0.33 |
| Acct: 3176 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,167.88 | 1.34 | 0.00 | 1.34 |
| Acct: 1050 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,671.40 | 1.04 | 0.00 | 1.04 |
| Acct: 3656 | | | | |
| MIDLAND FUNDING LLC | 1,118.73 | 0.69 | 0.00 | 0.69 |
| Acct: 3433 | | | | |
| MIDLAND FUNDING LLC | 388.75 | 0.24 | 0.00 | 0.24 |
| Acct: 2649 | | | | |
| MIDLAND FUNDING LLC | 1,008.92 | 0.63 | 0.00 | 0.63 |
| Acct: 0182 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9197 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 453.53 | 0.28 | 0.00 | 0.28 |
| Acct: 3094 | | | | |
| ECMC(*) | 55,155.98 | 34.20 | 0.00 | 34.20 |
| Acct: 1368 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 216.54 | 0.13 | 0.00 | 0.13 |
| Acct: 0504 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8864 | | | | |
| INTERNAL REVENUE SERVICE* | 6,735.41 | 4.18 | 0.00 | 4.18 |
| Acct: 1368 | | | | |
| SANTANDER CONSUMER USA | 3,639.29 | 2.26 | 0.00 | 2.26 |
| Acct: 7713 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,992.74 | 1.24 | 0.00 | 1.24 |
| Acct: 8437 | | | | |
| NAVIENT CFC | 147,495.50 | 91.45 | 0.00 | 91.45 |
| Acct: 1368 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3176 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 150.67 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 24,212.73 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 17,503.90 |
| SECURED | 5,950.00 |
| UNSECURED | 242,987.95 |

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL A. SMITH
BARBARA M. SMITH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20239 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael A. Smith  
Barbara M. Smith  
    Debtors

Case No. 19-20239-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Smith, Barbara M. Smith, PO Box 403, Midland, PA 15059-0403 |
| 14980680 | | Capital One Bank, PO bOX 71803, Charlotte, NC 28272 |
| 14980685 | + | DITECH FINANCIAL LLC, 332 MINNESOTA ST STE 610, Saint Paul, MN 55101-1314 |
| 14980684 | | DITECH FINANCIAL LLC, PO Box 6172, Rapid City, SD 57709 |
| 14980691 | + | LendMark Financial, 3944 Broadhead Road, Suite 8, Monaca, PA 15061-3029 |
| 14980696 | + | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14980695 | + | Ocwen Loan Servicing LLC, PO BOX 660264, Dallas, TX 75266-0264 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14980677 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:44:32 | Best Buy Credit Services, po Box 9001007, Louisville, KY 40290-1007 |
| 14980681 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:55:33 | CBNA, PO BOX 6283, Sioux Falls, SD 57117-6283 |
| 14980682 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | COMENITY BANK/Boscovs, PO BOX 659622, San Antonio, TX 78265 |
| 14980683 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | COMENITY BANK/GNTEAGLE, PO BOX 182685, Columbus, OH 43218-2685 |
| 14989183 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 00:28:42 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14980678 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:07:21 | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 14980679 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:56:31 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14991124 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:28:08 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15005380 | | Email/PDF: bncnotices@becket-lee.com | May 31 2024 00:45:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14982510 | + | Email/Text: bankruptcy@cavps.com | May 31 2024 00:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14980692 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 01:18:20 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 15023811 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2024 00:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 19-20239-JAD    Doc 76    Filed 06/01/24    Entered 06/02/24 00:32:09    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 15016250 | + | Email/Text: kburkley@bernsteinlaw.com | May 31 2024 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14995289 | | Email/Text: ECMCBKNotices@ecmc.org | May 31 2024 00:15:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14980687 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2024 00:15:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14980689 | + | Email/Text: PBNCNotifications@peritusservices.com | May 31 2024 00:14:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, Menomonee Falls, WI 53051-7096 |
| 14980690 | + | Email/Text: Documentfiling@lciinc.com | May 31 2024 00:14:00 | LENDING CLUB CORPORATION, 71 STEVENSONSUITE 300, San Francisco, CA 94105-2985 |
| 14984550 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:28:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14980693 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 00:56:28 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14980694 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 00:55:56 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14998174 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2024 00:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15031703 | | Email/PDF: pa_dc_claims@navient.com | May 31 2024 10:07:54 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15021516 | | Email/Text: mtgbk@shellpointmtg.com | May 31 2024 00:14:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15006220 | | Email/Text: BKEBN-Notifications@ocwen.com | May 31 2024 00:14:00 | OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 15023652 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:16:00 | Oak Harbor Capital Opportunities Fund V, LP, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14992193 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:44:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981328 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:44:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980697 | + | Email/Text: recovery@paypal.com | May 31 2024 00:14:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 14986056 | + | Email/Text: ebnpeoples@grblaw.com | May 31 2024 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14985125 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2024 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14980700 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:44:23 | SYNCB/CARE CREDIT, po bOX 960061, Orlando, FL 32896-0061 |
| 14980701 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:42 | SYNCB/JCP, PO BOX 960090, Orlando, FL 32896-0090 |
| 14980702 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:22 | SYNCB/LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |
| 14980703 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:06 | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 14980704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:43 | SYNCB/WAL-MART, PO BOX 965024, Orlando, |

| Recip ID | | Bypass Reason / Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-5024 |
| 14980698 | + | Email/Text: enotifications@santanderconsumerusa.com | May 31 2024 00:16:00 | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15018677 | + | Email/Text: enotifications@santanderconsumerusa.com | May 31 2024 00:16:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14980699 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:28:47 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 15019495 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:29:35 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14980705 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:15:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14980706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:44:31 | Toys-R-US, PO Box 965013, Orlando, FL 32896-5013 |
| 15504858 | ^ | MEBN | May 31 2024 00:12:17 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | OCWEN LOAN SERVICING, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14991909 | *+ | Best Buy Credit Services, po Box 9001007, Louisville, KY 40290-1007 |
| 14991913 | *+ | CBNA, PO BOX 6283, Sioux Falls, SD 57117-6283 |
| 14991914 | * | COMENITY BANK/Boscovs, PO BOX 659622, San Antonio, TX 78265 |
| 14991915 | *+ | COMENITY BANK/GNTEAGLE, PO BOX 182685, Columbus, OH 43218-2685 |
| 14991910 | * | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 14991911 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14991912 | * | Capital One Bank, PO bOX 71803, Charlotte, NC 28272 |
| 14991916 | * | DITECH FINANCIAL LLC, PO Box 6172, Rapid City, SD 57709 |
| 14991917 | *+ | DITECH FINANCIAL LLC, 332 MINNESOTA ST STE 610, Saint Paul, MN 55101-1314 |
| 14991924 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14980688 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14991920 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14991919 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14980686 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14991918 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14991921 | *+ | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, Menomonee Falls, WI 53051-7096 |
| 14991922 | *+ | LENDING CLUB CORPORATION, 71 STEVENSONSUITE 300, San Francisco, CA 94105-2985 |
| 14991923 | *+ | LendMark Financial, 3944 Broadhead Road, Suite 8, Monaca, PA 15061-3029 |
| 14991925 | *+ | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14991926 | *+ | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15018864 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14991927 | *+ | Ocwen Loan Servicing LLC, PO BOX 660264, Dallas, TX 75266-0264 |
| 14991928 | *+ | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14991929 | *+ | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 14991932 | *+ | SYNCB/CARE CREDIT, po bOX 960061, Orlando, FL 32896-0061 |
| 14991933 | *+ | SYNCB/JCP, PO BOX 960090, Orlando, FL 32896-0090 |
| 14991934 | *+ | SYNCB/LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |

Case 19-20239-JAD    Doc 76    Filed 06/01/24    Entered 06/02/24 00:32:09    Desc Imaged
Certificate of Notice    Page 9 of 9

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| | | |
|---|---|---|
| 14991935 | *+ | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 14991936 | *+ | SYNCB/WAL-MART, PO BOX 965024, Orlando, FL 32896-5024 |
| 14991930 | *+ | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14991931 | *+ | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14991937 | *+ | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14991938 | *+ | Toys-R-US, PO Box 965013, Orlando, FL 32896-5013 |

TOTAL: 2 Undeliverable, 38 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Joint Debtor Barbara M. Smith ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Michael A. Smith ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor OCWEN LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8