| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael A. Smith <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–1368 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Barbara M. Smith <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–1184 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–20239–JAD | | |

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael A. Smith                                   Barbara M. Smith

<u>7/16/24</u>                                          **By the court:** <u>Jeffery A. Deller</u>
                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael A. Smith  
Barbara M. Smith  
    Debtors

Case No. 19-20239-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Smith, Barbara M. Smith, PO Box 403, Midland, PA 15059-0403 |
| 14980680 | | Capital One Bank, PO bOX 71803, Charlotte, NC 28272 |
| 14980685 | + | DITECH FINANCIAL LLC, 332 MINNESOTA ST STE 610, Saint Paul, MN 55101-1314 |
| 14980684 | | DITECH FINANCIAL LLC, PO Box 6172, Rapid City, SD 57709 |
| 14980691 | + | LendMark Financial, 3944 Broadhead Road, Suite 8, Monaca, PA 15061-3029 |
| 14980696 | + | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14980695 | + | Ocwen Loan Servicing LLC, PO BOX 660264, Dallas, TX 75266-0264 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 17 2024 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 17 2024 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14980677 | + | EDI: CITICORP | Jul 17 2024 03:48:00 | Best Buy Credit Services, po Box 9001007, Louisville, KY 40290-1007 |
| 14980681 | + | EDI: CITICORP | Jul 17 2024 03:48:00 | CBNA, PO BOX 6283, Sioux Falls, SD 57117-6283 |
| 14980682 | | EDI: WFNNB.COM | Jul 17 2024 03:48:00 | COMENITY BANK/Boscovs, PO BOX 659622, San Antonio, TX 78265 |
| 14980683 | + | EDI: WFNNB.COM | Jul 17 2024 03:48:00 | COMENITY BANK/GNTEAGLE, PO BOX 182685, Columbus, OH 43218-2685 |
| 14989183 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 17 2024 00:03:30 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14980678 | | EDI: CAPITALONE.COM | Jul 17 2024 03:48:00 | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |

Case 19-20239-JAD   Doc 79   Filed 07/18/24   Entered 07/19/24 00:31:48   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14980679 | + | EDI: CAPITALONE.COM | Jul 17 2024 03:48:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14991124 | | EDI: CAPITALONE.COM | Jul 17 2024 03:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15005380 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2024 00:18:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14982510 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14980692 | | EDI: CITICORP | Jul 17 2024 03:48:00 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 15023811 | | EDI: Q3G.COM | Jul 17 2024 03:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15016250 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 16 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14995289 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2024 23:58:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14980687 | | EDI: IRS.COM | Jul 17 2024 03:48:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14980689 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2024 23:57:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, Menomonee Falls, WI 53051-7096 |
| 14980690 | + | EDI: LENDNGCLUB | Jul 17 2024 03:48:00 | LENDING CLUB CORPORATION, 71 STEVENSONSUITE 300, San Francisco, CA 94105-2985 |
| 14984550 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2024 00:16:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14980693 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 17 2024 00:03:25 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14980694 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 17 2024 00:03:30 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14998174 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2024 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15031703 | | EDI: NAVIENTFKASMSERV.COM | Jul 17 2024 03:48:00 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15021516 | | Email/Text: mtgbk@shellpointmtg.com | Jul 16 2024 23:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15006220 | | EDI: LCIPHHMRGT | Jul 17 2024 03:48:00 | OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 15023652 | + | Email/Text: bncmail@w-legal.com | Jul 16 2024 23:58:00 | Oak Harbor Capital Opportunities Fund V, LP, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14992193 | | EDI: PRA.COM | Jul 17 2024 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981328 | + | EDI: PRA.COM | Jul 17 2024 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980697 | + | Email/Text: recovery@paypal.com | Jul 16 2024 23:57:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 14986056 | + | Email/Text: ebnpeoples@grblaw.com | Jul 16 2024 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14985125 | | EDI: Q3G.COM | Jul 17 2024 03:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14980700 | + | EDI: SYNC | Jul 17 2024 03:48:00 | SYNCB/CARE CREDIT, po bOX 960061, Orlando, FL 32896-0061 |
| 14980701 | + | EDI: SYNC | Jul 17 2024 03:48:00 | SYNCB/JCP, PO BOX 960090, Orlando, FL 32896-0090 |
| 14980702 | + | EDI: SYNC | Jul 17 2024 03:48:00 | SYNCB/LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |
| 14980703 | + | EDI: SYNC | Jul 17 2024 03:48:00 | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 14980704 | + | EDI: SYNC | Jul 17 2024 03:48:00 | SYNCB/WAL-MART, PO BOX 965024, Orlando, FL 32896-5024 |
| 14980698 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 16 2024 23:58:00 | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15018677 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 16 2024 23:58:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14980699 | + | EDI: CITICORP | Jul 17 2024 03:48:00 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 15019495 | + | EDI: AIS.COM | Jul 17 2024 03:48:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14980705 | + | EDI: WTRRNBANK.COM | Jul 17 2024 03:48:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14980706 | + | EDI: SYNC | Jul 17 2024 03:48:00 | Toys-R-US, PO Box 965013, Orlando, FL 32896-5013 |
| 15504858 | ^ | MEBN | Jul 16 2024 23:56:50 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | OCWEN LOAN SERVICING, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14991909 | *+ | Best Buy Credit Services, po Box 9001007, Louisville, KY 40290-1007 |
| 14991913 | *+ | CBNA, PO BOX 6283, Sioux Falls, SD 57117-6283 |
| 14991914 | * | COMENITY BANK/Boscovs, PO BOX 659622, San Antonio, TX 78265 |
| 14991915 | *+ | COMENITY BANK/GNTEAGLE, PO BOX 182685, Columbus, OH 43218-2685 |
| 14991910 | * | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 14991911 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14991912 | * | Capital One Bank, PO bOX 71803, Charlotte, NC 28272 |
| 14991916 | * | DITECH FINANCIAL LLC, PO Box 6172, Rapid City, SD 57709 |
| 14991917 | *+ | DITECH FINANCIAL LLC, 332 MINNESOTA ST STE 610, Saint Paul, MN 55101-1314 |
| 14991924 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14980688 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14991920 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |

Case 19-20239-JAD    Doc 79    Filed 07/18/24    Entered 07/19/24 00:31:48    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 51 |

| | | |
|---|---|---|
| 14991919 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14980686 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14991918 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14991921 | *+ | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, Menomonee Falls, WI 53051-7096 |
| 14991922 | *+ | LENDING CLUB CORPORATION, 71 STEVENSONSUITE 300, San Francisco, CA 94105-2985 |
| 14991923 | *+ | LendMark Financial, 3944 Broadhead Road, Suite 8, Monaca, PA 15061-3029 |
| 14991925 | *+ | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14991926 | *+ | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15018864 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14991927 | *+ | Ocwen Loan Servicing LLC, PO BOX 660264, Dallas, TX 75266-0264 |
| 14991928 | *+ | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14991929 | *+ | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 14991932 | *+ | SYNCB/CARE CREDIT, po bOX 960061, Orlando, FL 32896-0061 |
| 14991933 | *+ | SYNCB/JCP, PO BOX 960090, Orlando, FL 32896-0090 |
| 14991934 | *+ | SYNCB/LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |
| 14991935 | *+ | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 14991936 | *+ | SYNCB/WAL-MART, PO BOX 965024, Orlando, FL 32896-5024 |
| 14991930 | *+ | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14991931 | *+ | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14991937 | *+ | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14991938 | *+ | Toys-R-US, PO Box 965013, Orlando, FL 32896-5013 |

TOTAL: 2 Undeliverable, 38 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

**Name**                **Email Address**

Denise Carlon
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence W. Willis
    on behalf of Debtor Michael A. Smith ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Barbara M. Smith ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon
    on behalf of Creditor OCWEN LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8