IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL A. SMITH
BARBARA M. SMITH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20239 JAD

Chapter 13

Related to ECF No. 71

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 16th day of July, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
7/16/24 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20239-JAD |
| Michael A. Smith | Chapter 13 |
| Barbara M. Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Smith, Barbara M. Smith, PO Box 403, Midland, PA 15059-0403 |
| 14980680 | | Capital One Bank, PO bOX 71803, Charlotte, NC 28272 |
| 14980685 | + | DITECH FINANCIAL LLC, 332 MINNESOTA ST STE 610, Saint Paul, MN 55101-1314 |
| 14980684 | | DITECH FINANCIAL LLC, PO Box 6172, Rapid City, SD 57709 |
| 14980691 | + | LendMark Financial, 3944 Broadhead Road, Suite 8, Monaca, PA 15061-3029 |
| 14980696 | + | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14980695 | + | Ocwen Loan Servicing LLC, PO BOX 660264, Dallas, TX 75266-0264 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14980677 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2024 00:04:30 | Best Buy Credit Services, po Box 9001007, Louisville, KY 40290-1007 |
| 14980681 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2024 00:04:30 | CBNA, PO BOX 6283, Sioux Falls, SD 57117-6283 |
| 14980682 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2024 23:58:00 | COMENITY BANK/Boscovs, PO BOX 659622, San Antonio, TX 78265 |
| 14980683 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2024 23:58:00 | COMENITY BANK/GNTEAGLE, PO BOX 182685, Columbus, OH 43218-2685 |
| 14989183 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 17 2024 00:17:12 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14980678 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 00:04:49 | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 14980679 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 00:18:12 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14991124 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 00:16:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15005380 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2024 00:29:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14982510 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14980692 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2024 00:17:24 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 15023811 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2024 23:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 19-20239-JAD   Doc 80   Filed 07/18/24   Entered 07/19/24 00:31:48   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 15016250 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 16 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14995289 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2024 23:58:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14980687 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2024 23:58:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14980689 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2024 23:57:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, Menomonee Falls, WI 53051-7096 |
| 14980690 | + | Email/Text: Documentfiling@lciinc.com | Jul 16 2024 23:57:00 | LENDING CLUB CORPORATION, 71 STEVENSONSUITE 300, San Francisco, CA 94105-2985 |
| 14984550 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2024 00:15:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14980693 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 17 2024 00:16:22 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14980694 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 17 2024 00:04:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14998174 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2024 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15031703 | | Email/PDF: pa_dc_claims@navient.com | Jul 17 2024 00:03:48 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15021516 | | Email/Text: mtgbk@shellpointmtg.com | Jul 16 2024 23:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15006220 | | Email/Text: BKEBN-Notifications@ocwen.com | Jul 16 2024 23:57:00 | OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 15023652 | + | Email/Text: bncmail@w-legal.com | Jul 16 2024 23:58:00 | Oak Harbor Capital Opportunities Fund V, LP, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14992193 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2024 00:17:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981328 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2024 00:04:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980697 | + | Email/Text: recovery@paypal.com | Jul 16 2024 23:57:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 14986056 | + | Email/Text: ebnpeoples@grblaw.com | Jul 16 2024 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14985125 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2024 23:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14980700 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:03:30 | SYNCB/CARE CREDIT, po bOX 960061, Orlando, FL 32896-0061 |
| 14980701 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:04:40 | SYNCB/JCP, PO BOX 960090, Orlando, FL 32896-0090 |
| 14980702 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:04:41 | SYNCB/LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |
| 14980703 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:04:25 | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 14980704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:18:12 | SYNCB/WAL-MART, PO BOX 965024, Orlando, |

Case 19-20239-JAD    Doc 80    Filed 07/18/24    Entered 07/19/24 00:31:48    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-5024 |
| 14980698 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 16 2024 23:58:00 | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15018677 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 16 2024 23:58:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14980699 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2024 00:16:02 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 15019495 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2024 00:18:04 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14980705 | + | Email/Text: bncmail@w-legal.com | Jul 16 2024 23:58:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14980706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:17:16 | Toys-R-US, PO Box 965013, Orlando, FL 32896-5013 |
| 15504858 | ^ | MEBN | Jul 16 2024 23:56:50 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | OCWEN LOAN SERVICING, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14991909 | *+ | Best Buy Credit Services, po Box 9001007, Louisville, KY 40290-1007 |
| 14991913 | *+ | CBNA, PO BOX 6283, Sioux Falls, SD 57117-6283 |
| 14991914 | * | COMENITY BANK/Boscovs, PO BOX 659622, San Antonio, TX 78265 |
| 14991915 | *+ | COMENITY BANK/GNTEAGLE, PO BOX 182685, Columbus, OH 43218-2685 |
| 14991910 | * | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 14991911 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14991912 | * | Capital One Bank, PO bOX 71803, Charlotte, NC 28272 |
| 14991916 | * | DITECH FINANCIAL LLC, PO Box 6172, Rapid City, SD 57709 |
| 14991917 | *+ | DITECH FINANCIAL LLC, 332 MINNESOTA ST STE 610, Saint Paul, MN 55101-1314 |
| 14991924 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14980688 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14991920 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14991919 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14980686 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14991918 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14991921 | *+ | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, Menomonee Falls, WI 53051-7096 |
| 14991922 | *+ | LENDING CLUB CORPORATION, 71 STEVENSONSUITE 300, San Francisco, CA 94105-2985 |
| 14991923 | *+ | LendMark Financial, 3944 Broadhead Road, Suite 8, Monaca, PA 15061-3029 |
| 14991925 | *+ | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14991926 | *+ | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15018864 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14991927 | *+ | Ocwen Loan Servicing LLC, PO BOX 660264, Dallas, TX 75266-0264 |
| 14991928 | *+ | Ocwen Loan Servicing LLC, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14991929 | *+ | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 14991932 | *+ | SYNCB/CARE CREDIT, po bOX 960061, Orlando, FL 32896-0061 |
| 14991933 | *+ | SYNCB/JCP, PO BOX 960090, Orlando, FL 32896-0090 |
| 14991934 | *+ | SYNCB/LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |

| | | |
|---|---|---|
| 14991935 | *+ | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 14991936 | *+ | SYNCB/WAL-MART, PO BOX 965024, Orlando, FL 32896-5024 |
| 14991930 | *+ | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14991931 | *+ | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14991937 | *+ | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14991938 | *+ | Toys-R-US, PO Box 965013, Orlando, FL 32896-5013 |

TOTAL: 2 Undeliverable, 38 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Joint Debtor Barbara M. Smith ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Michael A. Smith ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor OCWEN LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8